## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------- x
In re:                             :       Chapter 11
                                  :
FERRELLGAS PARTNERS, L.P. AND    :       Case No.: 21- 10021(MFW)
FERRELLGAS PARTNERS FINANCE CORP.,[1] :      (Joint Administration Requested)
                                  :
               Debtors.         :
------------------------------------------- x

### NOTICE OF FILING OF *AMENDED* TOP TWENTY
### LARGEST UNSECURED CREDITORS LIST

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession have

filed the attached amended *Top Twenty Largest Unsecured Creditors List* with the United States

Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware.

                                **CHIPMAN, BROWN, CICERO & COLE, LLP**

                                */s/ William E. Chipman, Jr.*
                                William E. Chipman, Jr. (No. 3818)
                                Mark L. Desgrosseilliers (No. 483)
                                Robert A. Weber (No. 4013)
                                Hercules Plaza
                                1212 N. Market Street
                                Suite 5400
                                Wilmington, DE 19801
                                Email:  Chipman@chipmanbrown.com
                                           Desgross@chipmanbrown.com
                                           Weber@chipmanbrown.com

                                -and-

                                **SQUIRE PATTON BOGGS (US) LLP**

                                Stephen D. Lerner (to be admitted *pro hac vice*)
                                201 E. Fourth Street
                                Suite 1900
                                Cincinnati, OH 45202
                                Telephone: 513-361-1200
                                Facsimile: 513-361-1201
                                Email:  Stephen.lerner@squirepb.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ferrellgas Partners, L.P. (8480), and Ferrellgas Partners Finance Corp. (2520).  The corporate headquarters and the mailing address for the Debtors is 7500 College Boulevard, Suite 1000, Overland Park, KS 66210.

-and-

Jeffrey N. Rothleder (to be admitted *pro hac vice*)
Christopher J. Giaimo (to be admitted *pro hac vice*)
2550 M Street, NW
Washington, DC 20037
Telephone: 202-457-6000
Facsimile: 202-451-6315
Email:  Jeffrey.rothleder@squirepb.com
          Christopher.giaimo@squirepb.com

-and-

Maura P. McIntyre (to be admitted *pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: 216-479-8500
Facsimile: 216-479-9790
Email:  Maura.mcintyre@squirepb.com


*Proposed Co-Counsel to the Debtors and
Debtors-in-Possession*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ferrellgas Partners, L.P.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Bank National Association, trustee Global Corporate Trust 5715 Burlington Lane Olive Branch, MS 38654** | | **Note Payable-Indenture Trustee** | | | | $392,057,896.00 |
| **PGIM, Inc. Cheryl Akawie 655 Broad St., 14th Fl. Clifton, NJ 07012** | | **Note Payable** | | | | $237,742,000.00 |
| **Standard General, L.P. David Glazek 767 Fifth Ave., 12th Fl. New York, NY 10153** | | **Note Payable** | | | | $26,001,000.00 |
| **Redwood Capital Management, LLC Jonathan Kolatch 910 Sylvan Ave # 130 Englewood Cliffs, NJ 07632** | | **Note Payable** | | | | $11,000,000.00 |
| **Nomura Corporate Research and Asset Mana Elizabeth Gunning World Wide Plaza 309 W. 49th St. New York, NY 10019** | | **Note Payable** | | | | $8,911,000.00 |

Debtor  **Ferrellgas Partners, L.P.**
                Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Centerbridge Partners, L.P.**<br>**Ryan Murphy**<br>**375 Park Ave., 11th Fl.**<br>**New York, NY 10152** | | **Note Payable** | | | | **$6,921,000.00** |
| **J.P. Morgan Securities, LLC**<br>**Prop Desk**<br>**277 Park Ave., 12th Fl.**<br>**New York, NY 10172** | | **Note Payable** | | | | **$5,852,000.00** |
| **Intermarket Corporation**<br>**David Forer**<br>**1370 Ave. of the Americas, 33rd Fl.**<br>**New York, NY 10019** | | **Note Payable** | | | | **$5,598,000.00** |
| **Keyframe Capital Partners, L.P.**<br>**John Rapaport**<br>**65 East 55th St., 35th Fl.**<br>**New York, NY 10022** | | **Note Payable** | | | | **$2,251,000.00** |
| **Euroclear Bank Corp. Actions**<br>**1 Boulevard Du Roi Albert II**<br>**Brussels** | | **Note Payable** | | | | **$1,332,000.00** |
| **Newfleet Asset Management, LLC**<br>**Eric Hess**<br>**100 Pearl St., 9th Fl.**<br>**Hartford, CT 06103** | | **Note Payable** | | | | **$1,045,000.00** |
| **Scopia Capital Management, L.P.**<br>**Jeremy Mindlich**<br>**152 W. 57th St., 33rd Fl.**<br>**New York, NY 10019** | | **Note Payable** | | | | **$785,000.00** |
| **Fidelity National Financial (Asset Manag**<br>**Matthew Hartmann**<br>**601 Riverside Ave.**<br>**Jacksonville, FL 32204** | | **Note Payable** | | | | **$753,000.00** |
| **Wells Fargo Securities, LLC**<br>**Prop Desk**<br>**301 S. College St., TW-8**<br>**Charlotte, NC 28202** | | **Note Payable** | | | | **$752,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Ferrellgas Partners, L.P.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| J.V.B. Financial Group, LLC Prop Desk 623 Fifth Ave., 19th Fl. New York, NY 10022 | | Note Payable | | | | $506,000.00 |
| PFA Asset Management A/S Sundkrogsgade 4 Copenhagen   02100 | | Note Payable | | | | $365,000.00 |
| AZ Swiss & Partners SA Via Carlo Frasca 5 Lugano   06900 | | Note Payable | | | | $300,000.00 |
| Grandview Capital Management LLC Robert Sydow 820 Manhattan Ave., Suite 200 Manhattan Beach, CA 90266 | | Note Payable | | | | $130,000.00 |
| Barclays Capital, Inc. Prop Desk 200 Park Ave. New York, NY 10166 | | Note Payable | | | | $114,000.00 |
| Preserver Partners Floyd Tyler 8700 Trail Lake Dr., W., #105 Memphis, TN 38125 | | Note Payable | | | | $100,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com